UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DALE BURDEN,

    Plaintiff,

v.

WALTER MEIER (MANUFACTURING), INC.,

    Defendant.

No. 2:12-cv-00461 JEC/LAM

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Walter Meier (Manufacturing), Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    Walter Meier (Manufacturing) Inc. is the wholly owned subsidiary of Walter Meier Holding, AG, a corporation organized and existing pursuant to the laws of Switzerland.

    A supplemental disclosure statement will be provided upon any changes in this information.

Dated: August 2, 2012

    Electronically Filed,

    ALLEN, SHEPHERD, LEWIS & SYRA, P.A.

      /s/ Daniel W. Lewis
    Daniel W. Lewis
    Address:    4801 Lang NE Suite 200
    Albuquerque, NM  87109
    Phone #:    (505) 341-0110
    *Attorneys for Defendant Walter Meier (Manufacturing), Inc*

    and

    Joshua D. Lee
    Jill L. Berry
    Schiff Hardin LLP
    233 South Wacker Drive
    Suite 6600
    Chicago, Illinois 60606
    Tel: (312) 258-5500
    Fax: (312) 258-5600
    jdlee@schiffhardin.com
    jberry@schiffhardin.com

*Attorneys for Defendant Walter Meier (Manufacturing), Inc.*

I HEREBY CERTIFY that on the 2nd day of August, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    William H. Carpenter / Counsel for Plaintiff
    bill@carpenter-law.com

    Eric D. Pearson / Counsel for Plaintiff
    eric@hop-law.com

    John K. Chapman / Counsel for Plaintiff
    jchapman@hop-law.com

    Joshua D. Lee / Counsel for Defendant
    jdlee@schiffhardin.com

    Jill Berry / Counsel for Defendant
    jberry@schiffhardin.com

/s/  Daniel W. Lewis

CH2\11622077.1