IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DALE BURDEN,

       Plaintiff,

v.                                        No. 12cv0461 JEC/LAM

WALTER MEIER (MANUFACTURING),
INC.,

       Defendant.

## ORDER SETTING TELEPHONIC CASE MANAGEMENT STATUS CONFERENCE

| | |
|---|---|
| MATTER(S) TO BE HEARD: | **Case Management Status Conference** |
| DATE AND TIME OF HEARING: | **Tuesday, November 13, 2012 @ 9:30 a.m.** (Trailing Docket) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor, 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

     Judge Martínez shall be responsible for initiating and coordinating the call. Please notify her secretary, Cathy Alvarez, by 11:00 am the day before the hearing if you will be at a telephone number other than the one listed in the court's file.

     IT IS SO ORDERED.

 

*Lourdes A. Martínez*
_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**