IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DALE BURDEN,

      Plaintiff,

v.                                                              No: 2:12-cv-00461-JEC-LAM

WALTER MEIER (MANUFACTURING), INC.,

      Defendants.

### NOTICE OF LAW FIRM NAME CHANGE

Effective August 21, 2012, the name of the firm changed from CARPENTER & STOUT, LTD. to WILLIAM H. CARPENTER LAW OFFICE, LTD. The address, telephone number, fax number, and email addresses will remain the same

Request is hereby made for all parties and/or their counsel to amend their records to reflect this change of law firm name.

                                             WILLIAM H. CARPENTER LAW OFFICE, LTD.
                                             1600 University Boulevard NE, Suite A
                                             Albuquerque, NM 87102
                                             P: (505) 243-1336

                                             By: _____
                                                         William H. Carpenter

                                             *ATTORNEY FOR PLAINTIFF*

**CERTIFICATE OF SERVICE:** I HEREBY CERTIFY that on the 19th day of October 2012, I filed the foregoing electronically through the CM-ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Daniel W. Lewis (dlewis@allenlawnm.com)
    Jill L. Berry (jberry@schiffhardin.com)
    Joshua D. Lee (jdlee@schiffhardin.com)
    Eric D. Pearson (eric@hop-law.com)
    John K. Chapman (jchapman@hop-law.com)

WILLIAM H. CARPENTER LAW OFFICE, LTD.