IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DALE BURDEN,

      Plaintiff,

v.                                                      No. 12cv0461 JEC/LAM

WALTER MEIER (MANUFACTURING),
INC.,

      Defendant.

## ORDER TO FILE CLOSING DOCUMENTS
## AS A RESULT OF SETTLEMENT

The Court has been notified that the parties reached a negotiated resolution in this matter.

**WHEREFORE, IT IS HEREBY ORDERED** that closing documents must be filed no later than **Wednesday, December 12, 2012**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                           _____
                                                           **LOURDES A. MARTÍNEZ**
                                                           **UNITED STATES MAGISTRATE JUDGE**